IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00917-BNB

CLAY OWEN WORTH, III,

    Plaintiff,

v.

COORS BREWREY [sic] (Ralston Perinia),
UNITED STATES NAVY (Award),
ENGLERT INC. (Investors),
PRESIDENT BROOK [sic] OBAMA, and
VICE PRESIDENT JOE BIDEN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The action was dismissed and judgment was entered in this case on May 19, 2011. Plaintiff's "Motion to Court: Return Service" (Doc. # 15) and "Motion for a Copy of Discovery" (Doc. # 18), therefore, are DENIED as moot.

    Dated: May 26, 2011