**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00917-LTB

CLAY OWEN WORTH, III,

    Plaintiff,

v.

COORS BREWREY [sic] (Ralston Perinia),
UNITED STATES NAVY (Award),
ENGLERT INC. (Investors),
PRESIDENT BROOK [sic] OBAMA, and
VICE PRESIDENT JOE BIDEN,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the three motions Plaintiff filed on April 3, 2014.  *See* ECF Nos. 41-43.  This case is closed.  On May 19, 2011, the complaint and the action were dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the order to cure dated April 11, 2011.  *See* ECF No. 13.  Judgment was entered on the same day. ECF No. 14.  Filings will not be considered after the dismissal of a case.  Therefore, the motions Plaintiff filed on April 3 are DENIED as moot, and will not be addressed further.  The clerk of the Court is directed to strike any future filings in this closed action.

Dated:  April 8, 2014